October 1, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

GILJOY TECHNOLOGY, INC. AND GILBERT CRUZ, Appellant

NO. 14-13-00503-CV
NO. 14-13-00573-CV                              V.

THE CITY OF HOUSTON, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 6, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Giljoy Technology, Inc. and Gilbert Cruz.

We further order this decision certified below for observance.